**Opinion issued July 7, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00470-CR

———————————

## IN RE KENNETH W. JEROME, Relator

———————————

### Original Proceeding on Petition for Writ of Mandamus

———————————

### MEMORANDUM OPINION

Relator, Kenneth W. Jerome, incarcerated and proceeding *pro se*, has filed a petition for a writ of mandamus, seeking to compel the trial court to rule on his post-conviction "Motion for Discovery."[1]

---

[1]  Relator's petition identifies the underlying proceeding as *The State of Texas v. Kenneth W. Jerome*, Cause No. 1233728, in the 263rd District Court of Harris County, Texas, the Honorable Jim Wallace presiding.

We deny the petition.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Lloyd.

Do not publish.   TEX. R. APP. P. 47.2(b).